IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01124–EWN–CBS

JOE KENNETH WHITE,

    Applicant,

v.

TINA BEEKMANN (ISP supervisor) and
The Attorney General of the State of
Colorado, JOHN W. SUTHERS,

    Respondents.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 9, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The case is DISMISSED WITH PREJUDICE

3.  All other pending motions are DENIED as moot.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge